**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ANSON-REBONG,<br><br>    Plaintiff,<br><br>  v.<br><br>EVERHOME MORTGAGE COMPANY, a Florida corporation, LOAN CENTER OF CALIFORNIA, INCORPORATED, a California corporation, COAST CAPITAL MORTGAGE, a business entity, form unknown, MERSCORP, INC., a Delaware corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, MTC FINANCIAL INC., dba TRUSTEE CORPS, a California Corporation, and DOES 1 to 100, inclusive,<br><br>    Defendants.<br>                                          / | No. C 10-00923 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON APPLICATION FOR TRO** |

      On the condition that this order and plaintiff's application for a temporary restraining order is immediately served on defendants (along with the summons and complaint, if those documents have not yet been served), the proposed sale of the subject residence located at 18430 Castle Ridge Drive in Morgan Hill, California is temporarily restrained pending a hearing on **FRIDAY, APRIL 23, 2010, AT 9:00 A.M.** Plaintiff must ensure defendants are present at the hearing and that immediate notice of this order was provided. If a preliminary injunction is granted, plaintiff should be prepared to post a bond at the hearing, the amount to be determined.

Defendants may submit an opposition to this application for a temporary restraining order **BY NOON ON TUESDAY, APRIL 20**. Plaintiff may reply **BY NOON ON THURSDAY, APRIL 22**. At all events, plaintiff's counsel *must* explain *under oath* by the April 22 deadline why this application for a temporary restraining order was not requested while this matter was pending *for a month* before Judge Zimmerman. Moreover, plaintiff's counsel must explain why they waited until the 11th hour to decline to proceed before a magistrate judge, so that the TRO proceedings would be foreseeably and necessarily compressed. In this connection, plaintiff's counsel shall state specifically how long they and plaintiff knew about the April 16th foreclosure sale date.

**IT IS SO ORDERED.**

Dated: April 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE