IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ANSON-REBONG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EVERHOME MORTGAGE COMPANY, a Florida corporation, LOAN CENTER OF CALIFORNIA, INCORPORATED, a California corporation, COAST CAPITAL MORTGAGE, a business entity, form unknown, MERSCORP, INC., a Delaware corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, MTC FINANCIAL INC., dba TRUSTEE CORPS, a California Corporation, and DOES 1 to 100, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 10-01093 WHA<br><br>**REMINDER REGARDING UPCOMING HEARING AND EXPECTED REPLY FROM PLAINTIFF** |

　　　　With respect to the prior order setting forth the briefing schedule and hearing date on the pending TRO application (Dkt. No. 8), plaintiff's counsel is **REMINDED** that by noon on Thursday, April 22, 2010, counsel must explain, under oath, why the TRO was not requested while this matter was pending for a month before Judge Zimmerman, and why they waited until the 11th hour to decline to proceed before a magistrate judge, so that the TRO proceedings would be foreseeably and necessarily compressed. Plaintiff's counsel shall also state specifically how long they and plaintiff knew about the April 16th foreclosure sale date, and also *when defendants were served* with the documents (including the summons and complaint) as ordered by the Court on April 15 (Dkt. No. 8).

Dated: April 21, 2010.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE