**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ANSON-REBONG,<br><br>    Plaintiff,<br><br>  v.<br><br>EVERHOME MORTGAGE COMPANY, a Florida corporation, LOAN CENTER OF CALIFORNIA, INCORPORATED, a California corporation, COAST CAPITAL MORTGAGE, a business entity, form unknown, MERSCORP, INC., a Delaware corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, MTC FINANCIAL INC., dba TRUSTEE CORPS, a California Corporation, and DOES 1 to 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 10-01093 WHA<br><br>**ORDER REGARDING VOLUNTARY DISMISSAL** |

Because the history of this case is suggestive of manipulation (though it is entirely possible that an innocent explanation exists), the hearing on Friday will go forward as scheduled so that counsel can (1) explain the sequence of events leading up to the dismissal and (2) further explain why the case was dismissed after the April 16 foreclosure sale was temporarily restrained by the Court in response to counsel's last minute application for emergency relief.

**IT IS SO ORDERED.**

Dated: April 22, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE